9-25-23

Form To Be Used By Prisoners in Filing A Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
SEP 28 2023
TAMMY H. DOWNS, CLERK
By: [signature] DEP CLERK

In The United States District Court
For The Eastern District Of Arkansas
__________ Division

Case No. 4:23-cv-00911-KGB-JJV

Jury Trial YES

This case assigned to District Judge Baker
and to Magistrate Judge Volpe

I Parties

In item A below, Place your full name in The first blank and Place your Present address in The Second blank. Do The Same for additional Plaintiffs, if Any.

A 1) Name of Plaintiff: Junior Carter
ADC# 183205
Address: 1009 Sheriff Drive Mountain View AR 72560

2) Name of Plaintiff: Corey Owens
ADC #183260
Address: 1009 Sheriff Drive Mountain View AR 72560

3) Name of Plaintiff: James Russell Storey
ADC #
Address: 1009 Sheriff Drive Mountain View AR 72560

4) Name of Plaintiff: KenJuan Washington
ADC # 183241
Address: 1009 Sheriff Drive Mountain View AR 72560

5) Name of Plaintiff: Jim W. DAYberry
ADC # 653942
Address: 1009 Sheriff Drive mountain view AR 72560

6) Name of Plaintiff: Anthony Berends
ADC # 168894
Address: 1009 Sheriff Drive Mountain View AR 72560

7) Name of Plaintiff: Michael Erwin Asher 2nd
ADC # 167550
Address: 1009 Sheriff Drive mountain View AR 72560

8) Name of Plaintiff: Randy Hartley
ADC #
Address: 1009 Sheriff Drive mountain view AR 72560

9) Name of Plaintiff: Brandon Holland
ADC #
Address: 1009 Sheriff Drive Mountain View AR 72560

10) Name of Plaintiff: Ronnie Dale DAYberry
ADC # 138933
Address: 1009 Sheriff Drive mountain View AR 72560

11) Name of Plantiff: Charles Youngburg
ADC#
Address: 1009 Sheriff Drive Mountain View AR 72560

12) Name of Plaintiff: Michael E. Allen
ADC# 174726
Address: 1009 Sheriff Drive Mountain View AR 72560

13) Name of Plaintiff: Michael E. TAYlor
ADC# 89651
Address: 1009 Sheriff Drive Mountain View AR 72560

In item B below, Place The full name of The defendant in The first blank, his official Position in The Second Blank, his Place of employment in The Third blank, and his address in The Fourth blank.

B. 1) Name of defendant: Brandon Long
Position: Sheriff
Place of employment: Stone Co. Sheriff Dept.
Address: 1009 Sheriff Dr. mountain view AR 72560

2) Name of defendant: Kyle Dodson
Position: Jail Administator
Place of employment: Stone Co. Sheriff Dept.
Address: 1009 Sheriff Drive Mountain View AR 72560







3) Name Of Defendant: TAYLOR Lowery
Position: Nurse/Jail Supervisor
Place of Employment: Stone Co. Sheriff Dept.
Address: 1009 Sheriff Drive Mountain View AR 72560

4) Name of Defendant: Tyler Barton
Position: Jailer
Place of employment: Stone Co. Sheriff Dept.
Address: 1009 Sheriff Drive Mountain View AR 72560

II Are you Suing the defendants in:
☐ official capacity only
☐ Personal capacity only
☑ Both official and Personal capacity

III. Previous Lawsuits

A. Have you begun other Lawsuits in State or federal Court dealing with The Same facts involved in This action?
Yes___ NO ✓

IV. Place of Present Confinement: Stone Co. Detention Center, 1009 Sheriff Drive Mountain View AR, 72560

V. At The Time of The alleged incident(s) were you:
✓ In Jail and Still awaiting Trial on Pending Criminal Charges
✓ Serving a Sentence as a result of a Judgment of Conviction

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Dept. of Corrections, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without presudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

YES

VII Statement of Claim
State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to

9-25-23

allege a number of related claims, number and set forth each claim in a separate paragraph. (use as much space as you need. Attach extra sheets if necessary.)

Hazardous living Conditions iflicted upon us:

① Food Services

Plaintiff's involved are As Follows:

1) Junior Carter
2) Corey Owens
3) James Russell Storey
4) KenJuan Washington
5) Jim Dayberry
6) Anthony Berends
7) Michael Erwin Asher 2nd
8) Randy Hartley
9) Brandon Holland
10) Ronnie DAyberry
11) Charles Youngburg
12) Michael Allen
13) Michael Taylor

Defendants involed Are Brandon Long Because he is The Sheriff and is over The Stone Co. Jail. 2. Kyle Dodson Because he is The Jail administrator, who over See's DAy To Day Jail Problems. 3. Taylor Lowery Because She is The Jail Supervisor. 4. Tyler Barton Because he is The Jailer That Chooses To Follow The orders Passed Down To him Knowing They Are wrong and refusing To TAke our Complaints up The Chain of Command. Chosing To Speak on Behalf of Brandon, Kyle, as well as Taylor. The DAtes involved in This Complaint Range From Jan. 1st 2023 Until Present. Complaint # 1 is



1. Kitchen workers are Never Tested for T.B., Hep A-B-or C.
2. Kitchen workers are allowed To Cook and Prepare Trays without gloves or hairnets.
3. Kitchen workers often have a Dog Present in The Kitchen when They are Cooking.
4. When you get Booked in Stone Co. Jail you are issued a Cup and a Spoon That you keep your whole Time whether 1 Day or 1 Year.
5. Trays are not covered They set on A open Non enclosed old Bread Cart wile All Trays are Prepared Then left sitting in hall uncovered for A hour some DAys.
6. You Never get A warm Meal it is Cold Every Meal From sitting uncovered.
7. You often Find hair or flys in The Food or Kool-Aid

(2) Living area Conditions

Plaintiffs Involved are As Follows:

1) Junior Carter
2) Corey Owens
3) James Russell Storey
4) KenJuan Washington
5) Jim DAyberry
6) Anthony Berends
7) Michael Erwin Asher 2nd
8) Randy Hartley
9) Brandon Holland
10) Ronnie DAyberry
11) Charles Youngburg
12) Michael Allen
13) Michael Taylor

Defendents involved Are 1) Brandon Long Because he is The Sheriff and is over The Stone Co. Jail. 2) Kyle Dodson

Because he is over The Jail being Jail administrator, who Over See's Day To Day Jail Problems. 3) Taylor Lowery Because She is The Jail Supervisor. 4) Tyler Barton Because he is The Jailer That Chooses To Follow The orders Passed Down To him Knowing They Are Wrong and refusing To Take our Complaints up The Chain of Command. Chosing To Speak on Behalf of Brandon, Kyle as well as Taylor. The Dates involved in These Living area Conditions Complaints Are From Jan 1st 2023 Till Present Date. Complaint # 1 is,

1. We have one sink and one Toilet For 18 Inmates
2. There is Maggots Coming out of The Sink and from under The Toilet rim.
3. Toilet and Sewer lines are Leaking in The Pipe Chase. The waste from The Leak, leaks under Concrete wall Causing You To have To Stand in water To use The Sink or Toilet.
4. There is black Mold in The Showers, Main walls, Ceilings, Etc...
5. They refuse To give us Cleaning supplies To Sanitize our living area. All That is Provided is A Mop and Broom. No Spray For The Tables, No rags, No gloves To Clean with. Some Inmates has Been in Stone Co. Jail for A Year and Never Been able To Clean The Tables.
6. We are issued one Blanket when Inmates are Booked in. They Refuse To wash Them Throughout The duration Of The inmates Stay.
7. Mats Are Passed From Inmate To Inmate without Being Cleaned. You are Forced To Lay on The Plastic Cover NO

Living Area Conditions

1) We have one sink and one Toilet For 18 Inmates.
2) There is Maggots Coming out of The Sink and from under The Toilet rim.
3) Toilet and sewer lines are Leaking in The Pipe Chase. The Waste from The Leak, Leaks under Concrete wall Causing You To have To Stand in Water To use The Sink or Toilet.
4) There is Black Mold in The Showers, walls, Ceiling ETC....
5) They refuse To give us Cleaning Supplies To Sanitize our living area. All That is Provided is A Mop and Broom. No Spray or rags To wipe Tables, Surfaces. No gloves To Clean With. The Tables, Toilet's, Sinks Nothing has been Cleaned Since 6-30-2023.
6) When you are Booked in The Stone Co. Jail you Are Issued A Blanket. I got one on 6-30-2023. I Still have The Same Blanket And it has Not Been washed.
7) MAts Are Passed From Inmate To Inmate without Being Cleaned. You are Forced To Lay on The Plastic Cover, No mat Cover, Sheet Nothing IS Provided.
8) There are No Shower Mats, The Shower Does not Drain so You Stand in nasty Water and it Runs out on The Floor Making It Slippery. Three Inmates have been To The ER by Ambulance From Falling in Shower water, Do To No Shower mats, The Jailer Comes in once A week with A Pump up Sprayer and Sprays The Shower. This Just Started ON 9-8-23
9) Some Inmates are forced To Sleep on unsanitary Floors
10) Some Inmates have Mats with Little To No Stuffing

Mat Cover is Provided.

8. There are no shower mats, The Shower Does not Drain So you Stand in Nasty water and it runs out on Floor making it Slippery. Three Inmates have been To The ER by Ambulance From Falling in Shower water, Do To No Shower mats, The Showers get Cleaned Once A week and That Just started 9-8-2023

9. Some Inmates are forced To Sleep on unsanitary Floors

10. Some Inmates have mats with Little To no Stuffing, When Inmates Ask FOR Another There Response is They Do Not have Nothing Else. So Some Inmates Sleep ON Concrete Floor laying on A Peace of Plastic.

11. There is no TB Lights

12. They refuse To Answer grievences or request forms about ANY Matters. SAying Sheriff Brandon Long has ordered Them not To That The only rights we are entitled To is what he Chooses To give us.

(3) Medical Deliberate Indifference

Plaintiff's involved are As Follows

1) Junior Carter
2) Corey Owens
3) KenJuan Washington
4) Jim DAyberry
5) Brandon Holland
6) Charles Youngburg
7) Michael Allen

Defendent's involved Are Brandon Long Because he is The Sheriff and is over The Stone Co. Jail 2. Kyle

The Jail SAYS They Dont have No more mats. Some Inmates Sleep On The Concrete Floor With Nothing But A Mat Cover.

11) There is No TB Lights

12) They refuse To Answer grievences or Request forms about Any Matters. Tyler Barton Said Sheriff Brandon Long has Ordered Them not To, That The Only rights We are entitled To is What Brandon Long Chooses To give us.

Medical Deliberate Indifference

1) They deny To Respond To Medical Request, Refuse To Allow me To See A Nurse or Doctor. I have Medical Records Showing For years I have Took high Blood Pressure Meds Along With Mental health Meds. I have not Been Allowed To See A Medical Doctor or Mental health Doctor since I got here ON 6-30-2023. I have Wrote Request, grivences Both unanswered.

2) There is No Lic. nurse on staff here The Jailers Pass out Meds When They Feel like it. They SAY There is A Traveling Jail Nurse That Comes here. I have Been here Since 6-30-2023 And have yet To See A Nurse or Doctor

3) I have Severe heart Problem My Blood Pressure is often 200/100 And has Been like This For Years. My Complaints Are Never Answered. Which is TAking Years off my life Do To ConJestive heart Failure. Not having my mental health Meds is Causing Me Severe Depression And Anxitey The Meds I TAke on The Out Side. A Person with NO Medical Degree or Any other Degree Such AS APRN Pharmasist, Doctor SAYS What Meds A Person is Able

Dodson Because he is The Jail Administor. 3. Taylor Lowery Because She is The Jail Supervisor and Jail Nurse. The DAte's very Per Inmate. Our grivence Procedure is on (CTC) City Telecoin And are electronic. The Jail refuses To Print off Inmates grivences and request. Complaint #1 is

1. They deny you Medical Treatment on needs Depending Their Personal Opinions about The inmates Even when They are Serious Pre-existing diagnosed.
2. Jail Supervisor/Nurse/Dispatcher Taylor Lowery over See's and decides if you get To see a Doctor or mental health Professional and She is not Certified To make Such decisions. She bases The decisions To make on her Personal Opinion of The inmate requesting Medical. (Some are Cronic Care)
3. Stone Co. Jail Charges ADC for Medical fees without Providing The inmates with Medical Treatment.
4. As An ADC Inmate you are Charged $3.00 For A Sick Call, Doctor visit or Any other Medical or Dentist visit.
5. Stone Co. Charges ADC For Medical or Dental Service Bills Then Charges inmates $10.00 To see nurse, $20 Dental, $20 ER visit, $20 Mental Health even after Charging ADC, whether or not you actually recieve The Treatment requested

(4)

Free Exercise of Religion

Plaintiff's Involved are As Follows:

1) Junior Carter
2) Corey Owens
3) James Storey
4) KenJuan Washington
5) Jim DAyberry
6) Anthony Berends
7) Brandon Holland
8) Charles Youngburg
9) Michael Allen

Defendents involved Are 1) Brandon Long Because he is The Sheriff and is over The Stone Co. Jail 2) Kyle Dodson Because he is The Jail administrator who over See's DAY To Day Jail Problems 3) TAYlor Lowery Because She is The Jail Supervisor.

Religious Materials

1. There is No Chaplin assigned To The Jail, Sheriff Brandon Long Says as Inmates he Does not believe in inmates having any religious rights do To The Crimes They Committed (Sheriff Does not believe in GOD)
2. There is no Religious Materials at This Jail for inmates To research And or Practice Their religion
3. Sheriff refuses To Allow inmates Their Religious Rights To be Married. Again Stating he Does Not Believe in Inmate marriage. Also stating Because he Does Not Believe in god he Does not believe inmates have A right To our right To exersize our freedom of Religion
4. We Are not Addressing The Sheriff on His Beliefes we Are addressing our rights and our Beliefs and our right To research, Practice and Belief in whatever religion we Choose To.
5. We Are Also Addressing our right To get Married.
6. There is A volunteer From First Baptist That Comes on Monday's Which for The guys That Believe what he believes Is Great. But we have Muslims, Native American Religion, Jewish, Catholic, Assembly of god and Some Inmates Seeking To Find What They Believe



7. This is A Brief Discribtion of This matter. All That is Availible is Acouple Bibles. Even People That Practice There religion With A Bible They May Believe in A Certin Translation. No one Including Brandon Long has The Power To Tell A Inmate What Religious Materials They Need. The Inmate has A right To Access within Reason The Items They Need To Practice There Religion. Such As Prayer Rugs For Muslims Ect.....

(5) ACcess To the Courts

1) Plaintiffs Involved are As Follows:

1) Junior Carter
2) Corey owens
3) James Storey
4) KenJuan washington
5) Jim DAyberry
6) Anthony Berends
7) Michael Erwin Asher 2nd
8) Randy Hartley
9) Brandon Holland
10) Ronnie DAyberry
11) Charles Youngburg
12) Michael Allen
13) Michael Taylor

Defendents involved Are 1) Brandon Long Because he is The Sheriff and is over The Stone Co. Jail 2) Kyle Dodson Because he is Jail Administrator, 3) TAylor Lowery Because She is The Jail Supervisor.

1. Sheriff has ordered That inmates are not To be Given forms To file Complaints. 42 U.S.C § 1983 Forms
2. Depending on The inmate The Sheriff orders To have our Legal mail Copied, Thrown away or returned To

Sender as if we are not in This Jail.

3. Sheriff Has Taken away attorney Calls forcing us To Not Be Able To Call our attorneys. For Example lawyer Calls Was Done on Monday From 8 Till 3 For Months. When Inmates Started filing grievence's, Complaints, Etc.... Inmates Was Told They No Longer Do Lawyer Calls Which Force us To Use Recorded lines.

4. Sheriff has Ordered That We Are To be denied Notory Public.

5. Charles Youngburg used A Calling Card Calling The United States District court Clerk. He Was Able To Do This A Couple Times Now It Will Not Allow The Call To go out.

6. One Jailer who's Name I Am not Putting in This at This Time For Fear he will be retaliated against is The only one That will Look UP Addresses For Inmates or make Copies, The others SAY They Are busy or will when They get Time Etc.... This goes on DAYs or weeks with No help.

7. The only Form of law library Inmates have is Law Library APP On CTC TAblets. Which We are Thankful for it But it Does not Allow us The Access we Need To Be able To research, get forms, Look UP Certin Things. Most Inmates Do not Under Stand The Words or There Meaning in Court / Legal Language. Everything We Do To Try To Defend Ourselves is Met With A Wall or Obsticle we Cannot Get around.

(6) Retaliation: Access To The Courts

1) In furtherence To These Claims Other inmates are affraid To Come forward being That Sheriff Brandon Long has Tortured fellow inmate Charles Youngburg Case 4-23-CV-699-LPR-ERE. Shipping him from Jail To Jail denying all his Medical and Mental health needs. The Sheriff Brandon Long has already Taken adverse actions against The Plaintiff herein by Cutting food Portions in half, Threating Inmates will be Shipped To County Jails in Arkanses That has Alot of Violance.

2) On or about 8-27-2023 The Food We get Portion Wise And Quality of Food Was Cut in half. Many Times Since Then We have had 2 Hot Dogs a Small hand full of Chips For Lunch Then For Dinner Have 2 More Hot Dogs and 4 or 5 Spoon Fulls of Cold Pork and Beans and 2 Slices of White Bread. When We Ask Tyler Barton Why our Food is Being Done like This His Response Was People Want To Complain and File Grivances This is What happens.

3) We as Inmate's Are Being Tortured FOR Trying To Defend Our Rights As humans.

In Jail it is hard To Produce Evidence Of These These Claims We Ask The Court To Order Video Footage From The Cameras And The CTC Request and Grivences along with Our Request For Dental and Medical and Mental Health Request.

VIII. Relief

State briefly what you want The Court To do for you. Make no legal arguments. Cite no Cases or Statues.

We Inmates Ask That The Court Put A Stop To The Corruption in Stone County Jail. We ask That The Defendents Be Prosecuted On The Criminal Acts against The Inmates At Stone County Jail. That The Court will Protect All Inmates Involved In This Complaint and any other Complaints Against Stone County employees. We Ask The Courts To See To it That We Are Served Balanced meals Such as The Meals Served at School. That our Food will Be Served warm and Covered without Flies Etc...
We Ask That The Courts See To it That we are Allowed Cleaning Supplies, Rags Etc. To Properly Clean with. We Ask The Courts To See That our Ammendent Rights Are up held By Being Able To Exercise and Practice our religion, along with get Married. We ask That The Courts see we get Proper Medical, Dental and mental Health Treatment. We ask That The Courts will See That we are allowed access To The Courts and Documents we are Intitled To in order To Defend ourselves And Fight Our Cases. We Ask The Courts To See That our Spoon and Cups are washed. We ask The Courts To See That The Blankets Are washed and That we Are Provided with Sheets or A mat Cover of Some Sort. We ask That The old Mats That have No Stuffing Be

Thrown away. We ask That Inmates Clothing Be Provided Equally For All inmates. Male inmates Wear Orange, Females Wear Orange and white Stripes. Some Male Inmates Are Forced To Wear Orange and white Stripes Which Cause Them Mental anguish. We ask For The Toilets and Sinks Be Fixed. We ask That The Sewer leaks Be Fixed. We Ask That The Torture Stops! We Ask That We get dairy Products Such As milk, That Inmates will not Be forced To Sleep on The Floor. That Medication Perscribed To Inmates Be Served Properly and in a Timley matter.

1. Granting Plaintiffs declaration That The acts and missions described herein violate his rights under Constitutional rights and laws of The United States
2. Plaintiffs Seeks Compensatory damages of $100,000 Each against all defendents Jointly and Severally.
3. Plainiffs Seeks nominal damages of $100,000 against all defendents Jointly and Severally.
4. Plainiffs Seeks Punitive damages of $100,000 against all defendents Jointly and Severally.
5. Plaintiffs Seeks Jury Trial on all Triable offenses
6. Plaintiffs Seeks any and all additional relief That This Court may deem Just, Proper and equitable.

Respectfully Summited,

Junior carter

Junior carter

[signature] Michael E. Allen
[signature] JimDAyberry
[signature] Ronnie Dayberry
[signature] Michael Asher
[signature] MICHAEL EUGENE TAYLOR
[signature] RUSTY Storey
[signature] Randy Hartley
[signature] James B. Holland
[signature] Anthony Berends
[signature] Charles Gaugbog
[signature] Kenjuan washington
[signature] Corey A. Owen

I declare under Penalty of Perjury (18 U.S.C. § 1621) That The foregoing is True And Correct

NO Notary Avalible



Junior Carter #183205
P.O. box 1317
Mountain View AR 72560




MAILED FROM
STONE COUNTY
DETENTION CENTER

United States District Court
Eastern Dis. of Arkansas
Clerk of Court
600 W. Capital Ave. Room-A-149
Little Rock AR 72201-3325

Legal
Mail
9-24-2023